David Seror (State Bar No. 67488)
9401 Wilshire Blvd. 9th Floor
Beverly Hills, CA 90212-2974
Telephone:    (310) 281-6361
Facsimile: (310) 887-6801

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No. 1:10-bk-19487-KT |
| MAXIM CONSTRUCTION GROUP INC. | Chapter 7 |
| Debtor. | **NOTIFICATION OF ASSET CASE** |
| | {No Hearing Required} |

TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:

David Seror, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docked and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice be given to creditors to file claims.

Dated: January 20, 2011

_____
DAVID SEROR
Chapter 7 Trustee