PALECEK & PALECEK, P.L.L.C.
ATTORNEYS AT LAW
6263 N. SCOTTSDALE ROAD, SUITE 310
SCOTTSDALE, AZ 85250
(602) 522-2454
JAMES J. PALECEK #015953
Attorneys for Creditor

FILED
MAR 29 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| MAXIM CONSTRUCTION GROUP, ) | IN PROCEEDINGS UNDER |
| INC. ) | CHAPTER 7 |
| ) | |
| Debtor. ) | CASE No. 1:10-BK-19487-KT |
| ) | |
| ) | MOTION FOR 2004 EXAMINATION |

Movants, Creditors and parties in interest, Creditor ACE RESTORATION SERVICES, LLC ("ACE")., hereby moves for an order directing the examination of the Debtor pursuant to Rule of Bankruptcy Procedure 2004 as supported by the attached Memorandum of Points of Authorities.

Dated this 25th day of March 2011.

PALECEK & PALECEK, P.L.L.C.

By: _____
James J. Palecek
6263 N. Scottsdale Road, Suite 310
Scottsdale, AZ 85250
Attorney for Creditor ACE

## MEMORANDUM FOR POINTS AND AUTHORITIES

1. The debtors filed a petition under Chapter 7, United States Code on August 2, 2010.

2. This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334.

3. Pursuant to Rule 2004 of the Rules of Bankruptcy Procedure upon motion of any party in interest, the Court may order the examination of any person relating to the acts, conduct, property, or to the liabilities in financial conditions of the debtors, or to any matter that may affect the administration of the Debtors' estates.

4. Counsel for Movants has scheduled April 1, 2011 as a tentative date for the 2004 Examination of both Joanne Carras and John DiFilippo.

5. Movants request an order requiring the debtors' to submit to an examination under oath and to produce the documents described in Exhibit A attached hereto and made a part hereof by this reference or to respond as to such discovery requests as Movants may request concerning all matters of inquiry allowed under Rule 2004.

6. Such examination is permitted by Bankruptcy Rule 2004, 7026, 7030, 7034, and 9016.

7. Wherefore premises considered, movants pray that this Court enter an order requiring the debtors' appear for Bankruptcy Rule 2004 Examination for the law offices of Palecek & Palecek, P.L.L.C and to appear on April 1, 2011 in the Los Angeles area at an office to be determined or on such date and such time as movants may specify upon

1Motion.2004.wpd

1 | written notice and to then and there answer each and every question and to produce the documents
2 | described in Exhibit A.
3 |
4 |
5 | DATED this 25th day of March, 2011.
6 |
7 |
8 |
9 | **PALECEK & PALECEK, P.L.L.C.**
10 |
11 |
12 | By: _____
   | James J. Palecek
13 | 6263 N. Scottsdale Road, Suite 310
   | Scottsdale, AZ 85250
14 | Attorney for Creditor ACE
15 |
16 |
17 |
18 | Copy of the foregoing mailed
   | this 25th day of March 2011 to:
19 |
   | Cynthia Futter
20 | Futter-Wells, PC
21 | 2463 Ashland Avenue
   | Santa Monica, CA 90405
22 | Attorney for Debtor
23 |
24 | _____
25 | Amanda Rademaker
26 |
27 |
28 |

# EXHIBIT A

1Motion.2004.wpd

# EXHIBIT "A"

1. Copies of Maxim's income tax returns to the Department of Internal Revenue, United States of America, for the past five (5) years.

2. Bank statements on all checking or savings accounts maintained by Maxim or on Maxim's behalf in the past five (5) years, all canceled checks, all checkbooks and all passbooks in connection with said accounts.

3. All evidence of certificates of stock or bonds owned by Maxim, either jointly or severally, on the date hereof.

4. All fire, burglary and extended coverage insurance policies now in force upon property owned by Maxim, jointly or severally, including copies of insurance inventories upon personal property covered by such policies.

5. All evidence of proposals, contracts, notes, negotiable instruments receivable, joint venture agreements, progress payment applications, invoicing, and outstanding accounts receivable of Maxim.

6. All titles, deeds or contracts for sale of real property owned, purchased, being purchased or sold by defendant(s) in the past five (5) years.

7. All titles and bills of sale, with registration slips upon all motor vehicles, owned by defendant(s), either joint or severally.

8. All offshore bank accounts.

9. All limited partnership documents.

10. All trust documents.

11. Any and all other evidence of assets of Maxim.

12. All evidence of work performed by Maxim after filing its petition in bankruptcy.

13. All evidence of loans to or from Maxim to any other individuals or entities, including but not limited to Maxim operating funds being loaned to fund officer's individual debts and obligations.

1Motion.2004.wpd